NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MINESEN COMPANY,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2010-1453

---

Appeal from the Armed Services Board of Contract Appeals in no. 56346, Administrative Judge Michael T. Paul.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

**O R D E R**

The Minesen Company moves for a 7-day extension of time to file its reply brief and for leave to exceed the permitted word limitation for its reply brief by filing a brief of up to 10,000 words. The Secretary of the Army opposes the extra words. Minesen replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is moot.

(2) The motion to exceed the permitted word limitation is denied. The reply brief, not to exceed 7,000 words, is due within 14 days of the date of filing of this order.

FOR THE COURT

__APR 1 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas A. Lemmer, Esq
    James R. Sweet, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 1 1 2011**

**JAN HORBALY**
**CLERK**